# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** § § § | |
| **Plaintiff** § § | |
| v. § | CIVIL ACTION NO. 5:23-cv-01210-XR |
| **NATIONAL TELECOMMUTING INSTITUTE, INC.,** § § § | |
| **Defendant.** § § | |

## ADVISORY TO THE COURT

Pursuant to the Court's May 28, 2024 Order, Plaintiff Equal Employment Opportunity Commission and Defendant National Telecommuting Institute, Inc. file this Advisory to the Court, and would respectfully show the Court as follows:

1. In this matter, the Equal Employment Opportunity Commission alleges an action under Title I and Title V of the Americans with Disabilities Act of 1990, as amended, and Title I of the Civil Rights Act of 1991. Defendant National Telecommuting Institute, Inc. denies the allegations in total.

2. On March 29, 2024, the Parties (and Proposed Intervenors Roger Sullivan and the National Federation of the Blind) mediated this case with mediator Linda Singer. The Parties continued their negotiations thereafter. The Parties reached an agreement on the monetary terms of settlement and are finalizing their negotiations related to a few remaining non-monetary terms, all of which will be memorialized in Consent Decree.

3. The Parties anticipate they will be able to resolve the few remaining non-monetary terms in the next 30 days. On or before July 22, 2024, the Parties will provide a status update to

the Court, advising on their progress toward finalizing a Consent Decree for the Court's consideration.

| | |
|---|---|
| Dated: June 21, 2024 | Respectfully submitted, |

| | |
|---|---|
| */s/ Robert A. Canino (with permission)* | */s/ Nicole S. LeFave* |
| ROBERT A. CANINO | Jeremy W. Hawpe |
| Regional Attorney | Texas State Bar No. 24046041 |
| Oklahoma Bar No. 011782 | jhawpe@littler.com |
| Robert.canino@eeoc.gov | LITTLER MENDELSON, P.C. |
| | 2001 Ross Avenue |
| ALEXA LANG | Suite 1500, Lock Box 116 |
| Trial Attorney | Dallas, TX  75201.2931 |
| Texas Bar No. 24105356 | Telephone:  214.880.8100 |
| | Facsimile:  214.880.0181 |
| PHILIP MOSS | |
| Trial Attorney | Nicole S. LeFave |
| Texas Bar No. 24074764 | Texas State Bar No. 24085432 |
| Philip.moss@eeoc.gov | nlefave@littler.com |
| | Emily R. Linn |
| EQUAL EMPLOYMENT | Texas State Bar No. 24109478 |
| OPPORTUNITY COMMISSION | LITTLER MENDELSON, P.C. |
| San Antonio Field Office | 100 Congress Avenue, Suite 1400 |
| 5410 Fredericksburg Rd., Suite 200 | Austin, TX  78701 |
| San Antonio, TX  78229-3555 | Telephone:  512.982.7250 |
| Telephone:  210.640.7570 | Facsimile:  512.982.7248 |
| Facsimile:  210.281.7669 | |
| | **ATTORNEYS FOR DEFENDANT** |
| **ATTORNEYS FOR PLAINTIFF** | |