IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>NATIONAL TELECOMMUTING INSTITUTE, INC.,<br><br>Defendant. | §§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 5:23-cv-01210-XR |

## JOINT ADVISORY TO THE COURT

Proposed Intervenors Roger Sullivan and the National Federation for the Blind, together with Defendant National Telecommuting Institute, Inc. hereby file this Joint Advisory to the Court, notifying the Court that all matters between them related to the claims made in the above-styled action have been fully and finally resolved. Proposed Intervenors anticipate requesting withdrawal of their Motion to Intervene, *see* ECF No. 3, pending the receipt of settlement sums provided for in the proposed Consent Decree between Defendant and Plaintiff Equal Opportunity Commission. In support of this advisory, Proposed Intervenors and Defendant show as follows:

1. In this matter, Plaintiff alleges an action under Title I and Title V of the Americans with Disabilities Act of 1990, as amended, and Title I of the Civil Rights Act of 1991. Defendant denies that it discriminated against or failed to accommodate the Aggrieved Individuals.

2. On November 17, 2023, Proposed Intervenors filed their Motion to Intervene. Defendant did not oppose the intervention of Mr. Sullivan, but did oppose the intervention of the National Federation for the Blind. The Proposed Intervenors' Motion remains pending before this Court and neither of the Proposed Intervenors has been added to this case as a party-plaintiff.

3.  Simultaneous to this filing, Plaintiff and Defendant are filing with this Court their Joint Motion for Entry of Consent Decree and proposed Consent Decree. The proposed Consent Decree provides for monetary awards to the Proposed Intervenors.

4.  In exchange for the sums provided for in the proposed Consent Decree, Proposed Intervenors agreed to withdraw their Motion to Intervene and to release their claims against Defendant. Proposed Intervenors and Defendant memorialized this agreement via a private settlement agreement.

5.  Proposed Intervenors anticipate withdrawing, with prejudice, their Motion to Intervene in this lawsuit within 15 days of receipt of the payments provided for in the proposed Consent Decree.

Dated: August 5, 2024                                    Respectfully submitted,

| */s/ Eve Hill (with permission)* | */s/ Nicole S. LeFave* |
|---|---|
| Brian East (TX SBN 06360800) | Jeremy W. Hawpe |
| Ted Evans (bar admission forthcoming) | Texas State Bar No. 24046041 |
| Disability Rights Texas | jhawpe@littler.com |
| 2222 W. Braker Lane | LITTLER MENDELSON, P.C. |
| Austin, Texas 78758 | 2001 Ross Avenue |
| (512) 407-2718 Office | Suite 1500, Lock Box 116 |
| (512) 454-3999 Fax | Dallas, TX  75201.2931 |
| beast@disabilityrightstx.org | Telephone:  214.880.8100 |
| tevans@disabilityrightstx.org | Facsimile:  214.880.0181 |
| | |
| Eve L. Hill (admitted pro hac vice) | Nicole S. LeFave |
| Anisha S. Queen (admitted pro hac vice) | Texas State Bar No. 24085432 |
| Brown, Goldstein & Levy, LLP | nlefave@littler.com |
| 120 E. Baltimore Street, Suite 2500 | Emily R. Linn |
| Baltimore, Maryland 21202 | Texas State Bar No. 24109478 |
| (410) 962-1030 Office | LITTLER MENDELSON, P.C. |
| (410) 385-0869 Fax | 100 Congress Avenue, Suite 1400 |
| ehill@browngold.com | Austin, TX  78701 |
| aqueen@browngold.com | Telephone:  512.982.7250 |
| | Facsimile:  512.982.7248 |
| **ATTORNEYS FOR PROPOSED INTERVENORS** | **ATTORNEYS FOR DEFENDANT** |